# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                                   ) | |
|      Plaintiff,             ) | |
|                                   ) | |
| vs.                                 ) | No. 4:98CR00513 ERW |
|                                   ) | |
| PHILIP SNIPES,                ) | |
|                                   ) | |
|      Defendant.           ) | |

## ORDER RELATING TO SUPERVISED RELEASE

This matter comes before the Court on pro se request of Defendant Philip Snipes for early termination of supervised release [doc. #79]. The Court finds that Defendant has completed only twenty-one months of a five-year term of Supervised Release and Defendant's request will be denied at this time.

**IT IS HEREBY ORDERED** that Pro Se Request for Early Termination of Supervised Release [doc. #79] is **DENIED**.

So Ordered this 10th Day of June, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE